1  BENJAMIN B. WAGNER
   United States Attorney
2  PHILIP A. FERRARI
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8

9                       IN THE UNITED STATES DISTRICT COURT

10                         EASTERN DISTRICT OF CALIFORNIA

11

12 UNITED STATES OF AMERICA,            CASE NO. CR. S-01-0419 TLN

13                 Plaintiff,            MOTION TO DISMISS INDICTMENT WITHOUT
                                         PREJUDICE AND RECALL ARREST WARRANT;
14           v.                          **ORDER**

15 ARSHALOUYS CHALIKYAN,

16                 Defendant.

17

18     An indictment was filed in this matter on September 13, 2001, charging the above-referenced

19 defendant with a violation of Title 18, United States Code §§ 1347 and 2 [Health Care Fraud and

20 Aiding and Abetting]. (Docket, #1). An arrest warrant issued on the indictment. (Docket, #2). In the

21 more than ten years which have passed since the indictment issued, law enforcement personnel have

22 been unable to apprehend the defendant and have reason to believe she has fled the United States.

23 Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, plaintiff United States of America

24 seeks the leave of this Honorable Court to dismiss the indictment without prejudice. This motion is

25 based upon the passage of time, limitations of government resources, and the lack of indications the

26 defendant will be apprehended. The United States also respectfully requests that the arrest warrant be

27 recalled.

28     ///

   MOTION TO DISMISS; ORDER           1

| | | |
|---|---|---|
| 1 | Dated: July 24, 2013 | BENJAMIN B. WAGNER<br>United States Attorney |
| 2 | | |
| 3 | | /s/ Philip A. Ferrari |
| | | PHILIP A. FERRARI |
| 4 | | Assistant United States Attorney |

# O R D E R

The United States' motion to dismiss is GRANTED and the indictment (Docket, #1) is ordered DISMISSED WITHOUT PREJUDICE. The arrest warrant (Docket, # 2) is RECALLED.

**SO ORDERED:**

DATED: July 26, 2013

Troy L. Nunley
United States District Judge